IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONZELL GREEN,

      Plaintiff,                        No. CIV S-07-2487 LKK DAD P

    vs.

JAMES WALKER, et al.,

      Defendants.             ORDER

_____/

        On November 28, 2007, this court ordered plaintiff to pay the $350 filing fee for this action or file a completed application to proceed in forma pauperis within thirty days. The thirty-day period expired and plaintiff had not paid the filing fee or filed an application to proceed in forma pauperis. Accordingly, the undersigned issued findings and recommendations on January 9, 2008, recommending dismissal of this action.

        Plaintiff has filed objections to those findings and recommendations, claiming that defendants have interfered with his ability to complete his application to proceed in forma pauperis. Plaintiff has also requested an extension of time to submit the application. In the interests of justice, this court will grant plaintiff a final thirty-day extension of time to comply with the order filed November 28, 2007. However, the court will not vacate its findings and

/////

1

recommendations at this time.  In addition, the court will not grant any further extensions of time for this purpose.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  Plaintiff is granted a final thirty days from the date of this order in which to pay the $350 filing fee for this action or file a completed application to proceed in forma pauperis;

        2.  If plaintiff fails comply with this order, this court will forward the January 9, 2008 findings and recommendations to the assigned district judge; and

        3.  The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: January 18, 2008.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
gree2487.36ifp