IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONZELL GREEN,

      Plaintiff,                   No. CIV S-07-2487 LKK DAD P

   vs.

JAMES WALKER, et al.,

      Defendants.           <u>ORDER</u>

/

        Plaintiff has requested an extension of time to file a second amended complaint pursuant to the court's order of February 26, 2009. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's March 23, 2009 request for an extension of time (Doc. No. 18) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint.

DATED: March 27, 2009.

                                                           /s/ Dale A. Drozd
                                                            DALE A. DROZD
                                                             UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
gree2487.36amc