IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONZELL GREEN,

    Plaintiff,                              No. CIV S-07-2487 LKK DAD P

    vs.

JAMES WALKER, et al.,

    Defendants.                        FINDINGS & RECOMMENDATIONS

                                    /

        By order filed February 26, 2009, plaintiff's amended complaint was dismissed and thirty days leave to file a second amended complaint was granted. On March 27, 2009, plaintiff was granted an additional thirty days to file a second amended complaint. On May 11, 2009, plaintiff was granted one final thirty day extension of time to file a second amended complaint and was cautioned that no further extensions of time would be granted for this purpose. The time period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

1 | days after being served with these findings and recommendations, plaintiff may file written
2 | objections with the court.  The document should be captioned "Objections to Magistrate Judge's
3 | Findings and Recommendations."   Plaintiff is advised that failure to file objections within the
4 | specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
5 | F.2d 1153 (9th Cir. 1991).
6 | DATED: June 30, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
gree2487.fta.ext