IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONZELL GREEN,

    Plaintiff,                    No. CIV S-07-2487 LKK DAD P

    vs.

JAMES WALKER, et al.,

    Defendants.               ORDER

_____/

        On July 1, 2009, the court issued findings and recommendations, recommending dismissal of this action due to plaintiff's failure to file a second amended complaint within the time provided by the court. On July 13, 2009, plaintiff timely filed objections to the findings and recommendations. Good cause appearing, the court will vacate its findings and recommendations and grant plaintiff a final thirty day extension of time in which to file a second amended complaint.[1] Failure to do so will result in a recommendation for dismissal of this action.

/////

---

[1] Plaintiff is reminded that Rule 8(a)(2) of the Federal Rules of Civil Procedure "requires only 'a short and plain statement of the claim showing that the pleader is entitled to relief,' in order to 'give the defendant fair notice of what the . . . claim is and the grounds upon which it rests.'" Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007).

Accordingly, IT IS HEREBY ORDERED that:

1. The court's July 1, 2009 findings and recommendations are vacated;

2. Plaintiff is granted a final thirty days from the date of service of this order to file a second amended complaint.  Failure to do so will result in a recommendation for dismissal of this action; and

3. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action.

DATED: September 18, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
gree2487.vac